# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-16-110-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| TORREN JON RUSSELL, | |
| Defendant. | |

Upon the Defendant's Motion to File Document Under Seal (Doc. 22), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's psychological evaluation is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 14th day of March, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1