FILED

SEP 11 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-110-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TORREN JON RUSSELL, | |
| Defendant. | |

Upon the Government's Unopposed Motion to Vacate Restitution Hearing (Doc. 40) set for September 20, 2017 at 9:30 a.m., and for good cause shown,

IT IS HEREBY ORDERED that the restitution hearing set for September 20, 2017 is **VACATED.**

DATED this 11th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1